

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 16 CR 466 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| George S. Cottrell, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

    Initial appearance held. Defendant George S. Cottrell appeared in response to arrest on 7/22/16. Defendant advised of his rights under Fed. R. Crim. P. 5 and 20. The government has not agreed to proceed in this district with charges, and therefore, the defendant will answer the charges in the District of Arizona. Defendant advised of his right to an identity hearing, and has waived an identity hearing. Defendant advised of his right to have the United Kingdom consulate notified of his arrest (Fed. R. Crim. P. 5(d)(1)(F)). The government advises that the consulate was notified the morning of July 23, 2016. The government oral motion to unseal the pending indictment from the District of Arizona is denied. Because the indictment is sealed in another district, this Court has no authority to unseal it. Detention hearing set for 3:30 p.m. on July 25, 2016 before this Court. Jeffrey Meyer of the Federal Defender's Office appointed to represent defendant for proceedings before this Court on July 23, 2016, and if defendant seeks continued representation by the Federal Defender's Office, counsel will present a financial affidavit for the Court's consideration. Defendant shall remain in federal custody pending the detention hearing or until further order of the Court.

Date: July 23, 2016

M. David Weisman
United States Magistrate Judge

2016 JUL 25 PM 5:55