

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | Case No: 16 CR 466 |
| v. | ) | Magistrate Judge: M. David Weisman |
| George S. Cottrell, | ) | |
| Defendant. | ) | |

## ORDER

Detention hearing held. The court finds the Defendant is unable to afford counsel. Enter Order Appointing Geoffrey M. Meyer of the Federal Defender Program as Counsel for Defendant. Defendant's oral motion to continue detention hearing is granted. Detention hearing set for 7/28/16 at 12:00 p.m.

Date: July 25, 2016

M. David Weisman
United States Magistrate Judge

2016 JUL 25 PM 5:09