IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Case No: 16 CR 466 |
| v. | ) ) | Magistrate Judge: M. David Weisman |
| George S. Cottrell, | ) ) | |
| Defendant. | ) ) | |

## ORDER

    Detention hearing held. The Government orally moves for removal in custody. Based on the Court's findings, the government's oral motion for removal in custody is granted as the Court finds that the defendant poses a serious risk of flight and no condition or set of conditions will reasonably assure defendant's appearance in the District of Arizona. See 18 U.S.C. §3142(e). The Court's order is without prejudice to the defense raising the issue of release on bond when he appears in Court in the District of Arizona. The government shall prepare a proposed order reflecting the Court's findings and conditions of confinement. See 18 U.S.C. §3142(i). Government counsel is requested to submit the proposed order to defense for his review and then submit a so-called redline version of the proposed order to the Court. Terminated defendant George Swinfen Cottrell. Order defendant removed in custody of the U.S. Marshals to the District of Arizona, Phoenix Division, for further proceedings.

T: (00:32)

Date: July 29, 2016

_M. David Weisman_
M. David Weisman
United States Magistrate Judge

2016 JUL 29 PM 2:31